IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TERRI RAYE BIXBY,**<br><br>Defendant. | **CR 17-70-BLG-SPW**<br><br>**ORDER ISSUING WARRANT** |

The United States has moved for the issuance of a warrant and to revoke Defendant's pretrial release. (Doc. 32.) The motion is supported by the Affidavit of the United States Pretrial Services Officer, setting forth violations of the conditions of Defendant's pretrial release. Good cause appearing for the issuance of a warrant,

IT IS HEREBY ORDERED that a warrant for Defendant's arrest shall be issued. Pursuant to 18 U.S.C. § 3148(b), a determination as to the revocation of Defendant's pretrial release will be made following a hearing;

IT IS FURTHER ORDERED that, pursuant to Local Rule CR 55.1(d)(3), the originating Motion, Affidavit and this Order shall be filed under seal.

IT IS FURTHER ORDERED that upon notification to the Clerk of Court's Office that the above named Defendant has been taken into custody, the Motion, Affidavit and Order shall be unsealed.

DATED this 5th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge